IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

WENDY ESPINOZA                                                                                            PLAINTIFF

v.                                              5:15-cv-05030

DR. MULLINS, RHONDA
BRADLEY, CPL. DONAHUE,
SHERIFF TIM HELDER,
NURSE RHONDA MESCHEDE,
DEPUTY CHAVEZ                                                                                          DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

On July 21, 2015, this Court ordered Plaintiff to produce to Defendants her past-due discovery responses to Defendants' March 24, 2015 discovery requests no later than Friday, August 21, 2015. (Doc. 26). The Court's Order advised the Plaintiff that failure to comply with an order of the Court may subject this case to summary dismissal. According to Defendants' Motion to Dismiss (Doc. 28), filed on August 28, 2015, the Plaintiff failed to respond to the Court's Order and failed to provide the discovery responses to the Defendants.

The Court then entered a show cause order giving the Plaintiff until October 15, 2015 to show cause why this action should not be dismissed because of her failure to comply with an order of the court. (Doc. 30) The Plaintiff was again advised that failure to comply with the Court's order would cause the matter to be summarily dismissed.

To date, Plaintiff has not responded to the Order to show cause. Accordingly, I recommend that this case be dismissed based on Plaintiff's failure to prosecute the action and her failure to obey the orders of the Court. Fed. R. Civ. P. 41(b).

**Plaintiff has fourteen days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. Plaintiff is reminded that**

-1-

AO72A
(Rev. 8/82)

**objections must be both timely and specific to trigger de novo review by the district court.**

IT IS SO ORDERED this 21st day of October, 2015.

/s/    *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)