IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

WENDY ESPINOZA                                              PLAINTIFF

V.                    CASE NO. 5:15-CV-5030

DR. MULLINS; NURSE RHONDA BRADLEY;
CORPORAL DONAHUE; SHERIFF TIM HELDER;
NURSE RHONDA MESCHEDE; and DEPUTY CHAVEZ      DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 34) filed in this case on October 21, 2015, by the Honorable Mark E. Ford, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, this case is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(b) for failure to comply with Orders of the Court and failure to prosecute. All other pending motions are **DENIED AS MOOT**.

IT IS SO ORDERED on this 12th day of January, 2016.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE